**Calumet Coal & Teaming Company, appellant, v. Christian Blackfield et al., appellees. Gen. No. 26,568.**

Creditor's bill. Bill dismissed for want of equity. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in this court at the October term, 1920.

Reversed and remanded with directions. Opinion filed March 7, 1922. Rehearing denied March 20, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Poulton & Green, for appellant; R. C. Merrick, of counsel. Charles J. Trainor and James J. Trainor, for appellees.

Mr. Justice Matchett delivered the opinion of the court.